Page 2

1:07cv 648 -WHA        RECEIVED

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**        2007 JUL 17  A 9: 55
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District Middle District of Alabama Southern Division | Docket or Case No.: 1:06-CR-170-WHA |
|---|---|---|
| Name (under which you were convicted): Amy Lynn Redd Lolley | | |
| Place of Confinement: FPC Alderson, WV | | Prisoner No.: 12001-002 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |

v.    Amy Lynn Redd Lolley

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court — Middle District of Alabama — Southern Division, One Court Square, Suite 201, Montgomery, AL.
   (b) Criminal docket or case number (if you know): 445
2. (a) Date of the judgment of conviction (if you know): _____
   (b) Date of sentencing: April, 2007
3. Length of sentence: 24 months
4. Nature of crime (all counts): Conspiracy to possess with the intent to distribute a controlled substance.
   The D.A. placed a "gun enhancement charge" against Amy + all involved because a gun was found on the property which belonged to the Catretts. This was done after this + during the pre-sentence investigation.
5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Conspiracy to possess.
   I was not asked to plead guilty or not guilty to the "gun charge", it was tacked on at the date of sentenceing.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☒
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐

Page 3

8.  Did you appeal from the judgment of conviction?                Yes ☐          No ☑

9.  If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐  No ☑

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications
    concerning this judgment of conviction in any court?
        Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐  No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐  No ☐

    (2) Second petition:   Yes ☐  No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____
_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____
_____
_____
_____
_____
_____


GROUND TWO: _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____
_____
_____
_____
_____
_____
_____
_____
_____


(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____
_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____
_____
_____
_____
_____
_____
_____
_____

(b)  **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    _____

    _____

(c)  **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

       Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ❑  No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

       Yes ❑  No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which

    ground or grounds have not been presented, and state your reasons for not presenting them: _____

    _____

    _____

    _____

    _____

    _____

    _____

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the

    judgment you are challenging? Yes ❑  No ☑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    issues raised. _____

    _____

    _____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: ___Pate Debardeleben_____

_____Zelda Rd.  Montgomery, Al._____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court

and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

sentence to be served in the future?    Yes ☐ No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: *Amy Lynn Redd Lolley is not a threat, had No Association with the proposed guns on the property, there I request the "gun charge" be removed.* or any other relief to which movant may be entitled. *This would allow me to receive the twelve month reduction in my sentence and get back home to my girls. I have been drug free since April, 2006.*

*P.S. I am to begin the Drug Rehab program here at Alderson FPC in July.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on *Monday July 16, 2007* _____ (month, date, year).

Executed (signed) on *July 16, 2007* (date).

*Amy Lynn Redd Lolley*
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. *N/A* _____
_____
_____

* * * * *

REDD
1325 Highland Dr.
Elba, Al. 36323

Clerk United States District Court
for Southern Division (Middle Distr
One Court Square
Montgomery, Al. 36101







1:07cv648-WHA

27BC, CLOSED

# U.S. District Court
## Alabama Middle District (Dothan)
### CRIMINAL DOCKET FOR CASE #: 1:06-cr-00170-WHA-CSC-7
### Internal Use Only

Case title: USA v. Catrett et al

Date Filed: 07/11/2006

Assigned to: Honorable W. Harold
Albritton, III
Referred to: Honorable Charles S.
Coody

**Defendant**

**Amy Lynn Redd Lolley** (7)
*TERMINATED: 04/17/2007*

represented by **Crowell Pate DeBardeleben**
Pate DeBardeleben Attorney at Law
2835 Zelda Road
Montgomery, AL 36106
334-213-0609
Fax: 270-5983
Email: bedebard@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 and 841(a)(1) CONSPIRACY
TO MANUFACTURE, POSSESS
w/INTENT to DISTRIBUTE
METHAMPHETAMINE - NMT
$4,000,00; [*]; NLT 1OY; NMT LIFE;
B; NLT 5Y SUP REL; G/L; VWPA;
$100 SA
(1ss)

**Disposition**

24 Mos Imp to run CC w/any sentence
that may be imposed in cases now
pending in Coffee Co., AL; 5 Yrs Sup
Rel; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=CP.F-CONSPIRACY TO
POSSESS CONTROLLED
SUBSTANCE; NMT $4,000,000 [*];

**Disposition**

DISMISSED on GOVERNMENT'S
MOTION

NLT 10Y, NMT Life, B, NLT 5Y SUP
REL; G-LINES; VWPA; $100AF
(1)

21:846 and 841(a)(1) CONSPIRACY
TO MANUFACTURE, POSSESS
w/INTENT to DISTRIBUTE
METHAMPHETAMINE - NMT                    Dismissed on Government's Motion
$4,000,000; [*]; NLT 10Y; NMT LIFE;
B; NLT 5Y SUP REL; G/L; VWPA;
$100 SA
(1s)

### Highest Offense Level (Terminated)
Felony

### Complaints                                              ### Disposition
None

### Plaintiff
USA                                    represented by  **A. Clark Morris**
                                                       U.S. Attorney's Office
                                                       PO Box 197
                                                       Montgomery, AL 36101-0197
                                                       334-223-7280
                                                       Fax: 223-7560
                                                       Email: clark.morris@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John T. Harmon**
                                                       U.S. Attorneys Office
                                                       PO Box 197
                                                       Montgomery, AL 36101-0197
                                                       334-223-7280
                                                       Fax: 334-223-7560
                                                       Email: john.harmon@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 07/11/2006 | ⊜6 | INDICTMENT as to Michael Wayne Catrett (1) count(s) 1, 2, 3, Paula Seretha Catrett (2) count(s) 1, 2, 3, 4, Dale Arnold Williams (3) count(s) 1, Trinity Amanda Roberts (4) count(s) 1, Renata Lynn Myers Wallace (5) count(s) 1, Linda Schaller Cantelli (6) count(s) 1, Amy Redd Lolley Lynn Watson (7) count(s) 1, Carol Ann Michiles (8) count(s) 1. (war ) Modified on 7/27/2006 (ws, ). (Entered: 07/13/2006) |
|---|---|---|
| 07/12/2006 | ⊜13 | WARRANT Issued as to Amy Redd Lolley Lynn Watson. (war, ) (Entered: 07/13/2006) |
| 07/27/2006 | ⊜ | Case unsealed as to Amy Redd Lolley Lynn Watson pursuant to notice of arrest received from USMS. (ws, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜60 | CJA 23 Financial Affidavit by Amy Redd Lolley Lynn Watson (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜61 | WAIVER of Speedy Trial by Amy Redd Lolley Lynn Watson (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜64 | Minute Entry for proceedings held before Judge Delores R. Boyd : Defendant appeared with counsel, Pate DeBardeleben, standing in for IA and arraignment only.Arraignment as to Amy Redd Lolley Lynn Watson (7) Count 1 held on 7/27/2006, Initial Appearance as to Amy Redd Lolley Lynn Watson held on 7/27/2006, Plea entered by Amy Redd Lolley Lynn Watson (7) Count 1. by Amy Redd Lolley Lynn Watson Not Guilty on counts 1. (Recording Time 11:35 - 11:58 am.) (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜65 | ORDER ON ARRAIGNMENT as to Amy Redd Lolley Lynn Watson (incoporating ORDER TO CONTINUE - Ends of Justice as to Amy Redd Lolley Lynn Watson Time excluded from 7/27/06 until 1/8/07. ) Pretrial Conference set for 9/25/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Jury Selection set for 1/8/2007 before Honorable W. Harold Albritton III. Jury Trial set for 1/8/2007 before Honorable W. Harold Albritton III. Pretrial Motions due by 9/20/2006. Discovery by the Government due by 7/27/2006. Disclosures by the Defendant due by 8/31/06. Signed by Judge Delores R. Boyd on 7/27/06. (ws, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜ | ORAL MOTION to correct name listed on indictment to read Amy Lynn Redd Lolley by Amy Redd Lolley Lynn Watson. (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜ | ORDER granting [] Motion to correct name listed on indictment to read Amy Lynn Redd Lolley as to Amy Redd Lolley Lynn Watson (7). by Judge Delores R. Boyd on 7/27/2006. (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | ⊜66 | ORDER Setting Conditions of Release as to Amy Redd Lolley Lynn Watson (7) $25,000 non-surety . Signed by Judge Delores R. Boyd on 7/27/2006. (sql, ) (Entered: 07/27/2006) |

| 07/27/2006 | 🔵67 | Non-surety Bond Entered as to Amy Redd Lolley Lynn Watson in amount of $ 25,000, (sql, ) (Entered: 07/27/2006) |
|---|---|---|
| 07/28/2006 | 🔵75 | CJA 20 as to Amy Redd Lolley Lynn Watson: Appointment of Attorney Crowell Pate DeBardeleben for Amy Redd Lolley Lynn Watson. . Signed by Judge Delores R. Boyd on 7/28/2006. (sql, ) (Entered: 07/28/2006) |
| 07/28/2006 | 🔵78 | MOTION to Amend/Correct 6 Indictment, by USA as to Amy Redd Lolley Lynn Watson. (Morris, A.) (Entered: 07/28/2006) |
| 07/31/2006 | 🔵89 | Arrest Warrant Returned Executed in case as to Amy Redd Lolley Lynn Watson. Defendant arrested on 7/26/06. (ws, ) (Entered: 08/01/2006) |
| 08/08/2006 | 🔵107 | MOTION for Release from Custody *to agents* by USA as to Amy Redd Lolley Lynn Watson. (Attachments: # 1 Text of Proposed Order)(Morris, A.) (Entered: 08/08/2006) |
| 08/08/2006 | 🔵112 | ORDER granting 107 Motion for Release from Custody as to Amy Redd Lolley Lynn Watson (7). Signed by Judge Vanzetta P. McPherson on 8/8/2006. (sql, ) (Entered: 08/08/2006) |
| 08/14/2006 | 🔵117 | ORDER granting 78 Motion to Amend/Correct Indictment as to Amy Redd Lolley Lynn Watson (7) to correct spelling of Defendant's name.. Signed by Judge W. Harold Albritton III on 8/14/06. (ws, ) (Entered: 08/14/2006) |
| 08/15/2006 | 🔵120 | SUPERSEDING INDICTMENT as to Michael Wayne Catrett (1) count(s) 1s, 2s, 3s, Paula Seretha Catrett (2) count(s) 1s, 2s, 3s, 4s, Dale Arnold Williams (3) count(s) 1s, Trinity Amanda Roberts (4) count(s) 1s, Renata Lynn Myers Wallace (5) count(s) 1s, Linda Schaller Cantelli (6) count(s) 1s, Amy Lynn Redd Lolley (7) count(s) 1s, Carol Ann Michiles (8) count(s) 1s, Roy Dale Wallace (9) count(s) 1. FORFEITURE ALLEGATION. (ws, ) Modified on 12/5/2006 to unseal indictment (snc). (Entered: 08/17/2006) |
| 08/17/2006 | 🔵130 | Summons Issued in case as to Amy Lynn Redd Lolley to appear at arraignment (Superseding Indictment) on 8/30/06 at 10:00 a.m., courtroom-4-B, before U.S. Magistrate Judge Charles S. Coody.(Document Sealed and Unavailable for Viewing) (ws ) (Entered: 08/17/2006) |
| 08/17/2006 | 🔵 | Set Hearing as to Amy Lynn Redd Lolley: Arraignment set for 8/30/2006 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. (ws, ) (Entered: 08/17/2006) |
| 08/30/2006 | 🔵146 | Minute Entry for proceedings held before Judge Charles S. Coody :Arraignment as to Amy Lynn Redd Lolley (7) Count 1s held on 8/30/2006, Plea entered by Amy Lynn Redd Lolley Not Guilty on counts 1s of the Superseding Indictment. (Recording Time FTR: 11:08 - 11:09.) (ws ) (Entered: 08/30/2006) |

| 08/30/2006 | 147 | MOTION to Dismiss *(superseding indictment filed,* by USA as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles. (Attachments: # 1 Text of Proposed Order)(Morris, A.) (Entered: 08/30/2006) |
|---|---|---|
| 08/31/2006 | 148 | Summons Returned Unexecuted in case as to Amy Lynn Redd Lolley - "Undeliverable as Addressed." (ws, ) (Entered: 08/31/2006) |
| 08/31/2006 | 149 | ORDER granting 147 Motion to Dismiss INDICTMENT (Superseding Indictment Filed) as to Michael Wayne Catrett (1), Paula Seretha Catrett (2), Dale Arnold Williams (3), Trinity Amanda Roberts (4), Renata Lynn Myers Wallace (5), Linda Schaller Cantelli (6), Amy Lynn Redd Lolley (7), Carol Ann Michiles (8). Signed by Judge W. Harold Albritton III on 8/31/06. (war, ) (Entered: 08/31/2006) |
| 08/31/2006 | | DISMISSAL OF COUNTS on Government Motion as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles (pursuant to dn 149). (snc) (Entered: 12/14/2006) |
| 09/07/2006 | 150 | SECOND SUPERSEDING INDICTMENT as to Michael Wayne Catrett (1) count(s) 1ss, 2ss, 3ss, Paula Seretha Catrett (2) count(s) 1ss, 2ss, 3ss, 4ss, Dale Arnold Williams (3) count(s) 1ss, Trinity Amanda Roberts (4) count(s) 1ss, Renata Lynn Myers Wallace (5) count(s) 1ss, Linda Schaller Cantelli (6) count(s) 1ss, Amy Lynn Redd Lolley (7) count(s) 1ss, Carol Ann Michiles (8) count(s) 1ss, Roy Dale Wallace (9) count(s) 1s, Jessica Lumanai Brumaghim (10) count(s) 1, Sonya Michelle Pittman (11) count(s)1. (FORFEITURE ALLEGATION) (ws ) (Entered: 09/11/2006) |
| 09/11/2006 | | DOCKET CORRECTION: 9/27/06 Arraignment deadlines TERMINATED as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles (Hearing deadlines erroneously entered in this case). (snc) (Entered: 09/11/2006) |
| 09/25/2006 | 177 | PRETRIAL CONFERENCE ORDER as to Amy Lynn Redd Lolley: Jury Selection set for 1/8/2007 before Honorable W. Harold Albritton III. Jury Trial set for 1/8/2007 before Honorable W. Harold Albritton III. Voir Dire due by 1/2/2007; Proposed Jury Instructions due by 1/2/2007; Motions in Limine due by 1/2/2007 ;Notice of Intent to Change Plea due by noon on 12/27/2006. Signed by Judge Delores R. Boyd on 9/25/06. (ws ) (Entered: 09/25/2006) |
| 09/25/2006 | 186 | Minute Entry for proceedings held before Judge Delores R. Boyd :Pretrial Conference as to Amy Lynn Redd Lolley held on 9/25/2006 (Recording Time 11:05 - 11:06 am.) (sql, ) (Entered: 09/26/2006) |

| | | |
|---|---|---|
| 10/06/2006 | 🔵 | INDICTMENT UNSEALED as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman (jct, ) (Entered: 10/06/2006) |
| 12/04/2006 | 🔵 | Case as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman Reassigned to Judge Charles S. Coody. Judge Delores R. Boyd no longer assigned to the case. MOTIONS as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman REFERRED to Magistrate Judge: Charles S. Coody. (ws, ) (Entered: 12/04/2006) |
| 12/04/2006 | 🔵232 | ORDER as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman Final Pretrial Conference set for 12/15/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody; that the pretrial conference presently set for 12/18/06 as to defendants Ray D. Wallace, Jessica L. Brumanghim and Sony M. Pittman before Judge Boyd is RESET for 12/15/06 at 1:00; that all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadlines for the filing of pretrial dispositive motions is not extended. Signed by Judge Charles S. Coody on 12/4/06. (jct, ) (Entered: 12/04/2006) |
| 12/04/2006 | 🔵 | Case as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman Reassigned to Judge Charles S. Coody, Judge Delores Boyd no longer assigned. (entry corrects reassignment error) (snc, ) (Entered: 02/23/2007) |
| 12/15/2006 | 🔵265 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Michael Wayne Catrett, Paula Seretha Catrett, Trinity Amanda Roberts, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Sonya Michelle Pittman held on 12/15/2006 (Recording Time FTR: 1:20 - 1:24.) (ws, ) (Entered: 12/19/2006) |
| 12/27/2006 | 🔵289 | NOTICE OF INTENT TO CHANGE PLEA by Amy Lynn Redd Lolley (sql, ) (Entered: 12/27/2006) |

| | | |
|---|---|---|
| 12/27/2006 | 290 | ORDER as to Amy Lynn Redd Lolley Change of Plea Hearing set for 1/4/2007 02:30 PM in Courtroom 4B before Honorable Charles S. Coody.. Signed by Judge Charles S. Coody on 12/27/2006. (sql, ) (Entered: 12/27/2006) |
| 01/04/2007 | 312 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Amy Lynn Redd Lolley (jct, ) (Entered: 01/04/2007) |
| 01/04/2007 | 313 | PLEA AGREEMENT as to Amy Lynn Redd Lolley (jct, ) (Entered: 01/04/2007) |
| 01/04/2007 | | ORAL ORDER accepting guilty plea and adjudicating defendant guilty as to Count 1 of the Superseding Indictment as to Amy Lynn Redd Lolley . Signed by Judge Charles S. Coody on 1/4/07. (jct, ) (Entered: 01/04/2007) |
| 01/04/2007 | 314 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Amy Lynn Redd Lolley held on 1/4/2007, Plea entered by Amy Lynn Redd Lolley (7) Guilty Count 1ss. (Court Reporter Mitchell Reisner.) (jct, ) (Entered: 01/04/2007) |
| 01/04/2007 | 315 | ORDER that defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on July 27, 2006 as to Amy Lynn Redd Lolley . Signed by Judge Charles S. Coody on 1/4/07. (jct, ) (Entered: 01/04/2007) |
| 01/05/2007 | 317 | ORDER as to Amy Lynn Redd Lolley Sentencing set for 3/20/2007 09:00 AM in Courtroom 2C before Honorable W. Harold Albritton III.. Signed by Judge W. Harold Albritton III on 1/5/2007. (sql, ) (Entered: 01/05/2007) |
| 01/10/2007 | | Terminate Deadlines and Hearings as to Michael Wayne Catrett, Paula Seretha Catrett, Dale Arnold Williams, Trinity Amanda Roberts, Renata Lynn Myers Wallace, Linda Schaller Cantelli, Amy Lynn Redd Lolley, Carol Ann Michiles, Roy Dale Wallace, Jessica Lumanai Brumaghim, Sonya Michelle Pittman (jct, ) (Entered: 01/10/2007) |
| 01/17/2007 | 329 | ORDER as to Amy Lynn Redd Lolley Sentencing previously scheduled for 3/20/2007 9:00 AM is reset for 3/20/2007 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 1/17/07. (jct, ) (Entered: 01/17/2007) |
| 03/13/2007 | 376 | MOTION to Continue Sentencing by USPO as to Amy Lynn Redd Lolley. (kcg, ) (Entered: 03/15/2007) |
| 03/15/2007 | 385 | ORDER as to Amy Lynn Redd Lolley GRANTING 376 MOTION to Continue Sentencing filed by U. S. Probation Officer. Sentencing rescheduled from 3/20/07 to 4/17/2007 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III as further set out in order. Signed by Judge W. Harold Albritton III on 3/15/07. (jct, ) (Entered: 03/15/2007) |

| 03/27/2007 | 🔵387 | (SEALED) NOTICE of Character Evidence as to Amy Lynn Redd Lolley (Attachments: # (1) Correspondence)(jct, ) Modified on 3/27/2007 (jct, ). (Entered: 03/27/2007) |
|---|---|---|
| 04/10/2007 | 🔵406 | MOTION for Downward Departure by USA as to Amy Lynn Redd Lolley. (Morris, A.) (Entered: 04/10/2007) |
| 04/10/2007 | 🔵407 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Amy Lynn Redd Lolley. (Morris, A.) (Entered: 04/10/2007) |
| 04/17/2007 | 🔵 | Plea Agreement Accepted as to Amy Lynn Redd Lolley (eb) (Entered: 04/17/2007) |
| 04/17/2007 | 🔵420 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 4/17/2007 as to Amy Lynn Redd Lolley. (PDF available for court use only) (Court Reporter Risa Entrekin.) (eb) (Entered: 04/17/2007) |
| 04/17/2007 | 🔵 | ORAL ORDER granting 407 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Amy Lynn Redd Lolley. Entered by Judge W. Harold Albritton III on 4/17/2007. (eb) (Entered: 04/17/2007) |
| 04/17/2007 | 🔵 | ORAL ORDER granting 406 Motion for Downward Departure as to Amy Lynn Redd Lolley. Entered by Judge W. Harold Albritton III on 4/17/2007. (eb) (Entered: 04/17/2007) |
| 04/17/2007 | 🔵426 | ORDER pending voluntary surrender as to Amy Lynn Redd Lolley. That defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on July 27, 2006 . Signed by Judge W. Harold Albritton III on 4/17/07. (jct, ) (Entered: 04/17/2007) |
| 04/17/2007 | 🔵432 | JUDGMENT as to Amy Lynn Redd Lolley (7), Count(s) 1, DISMISSED on GOVERNMENT'S MOTION; Count(s) 1s, Dismissed on Government's Motion; Count(s) 1ss, 24 Mos Imp to run CC w/any sentence that may be imposed in cases now pending in Coffee Co., AL; 5 Yrs Sup Rel; $100 SA . Signed by Judge W. Harold Albritton III on 4/17/07. (kcg, ) (Entered: 04/19/2007) |
| 04/17/2007 | | ***Case Terminated as to Amy Lynn Redd Lolley (kcg, ) (Entered: 04/19/2007) |
| 05/29/2007 | 🔵445 | MOTION for Alternative Sentencing by Amy Lynn Redd Lolley. (Attachments: # 1 Attachments)(jct, ) (Entered: 05/29/2007) |
| 05/29/2007 | 🔵446 | ORDER denying 445 Motion for Alternative Sentencing as to Amy Lynn Redd Lolley (7). Signed by Judge W. Harold Albritton III on 5/29/07. (jct, ) (Entered: 05/29/2007) |
| 06/12/2007 | 🔵449 | Judgment Returned Executed as to Amy Lynn Redd Lolley on 6/5/07. (jct, ) (Entered: 06/13/2007) |

| 06/15/2007 | 455 | CJA 20 as to Amy Lynn Redd Lolley: Authorization to Pay C. Pate DeBardeleben. Amount: $ 6,110.58, Voucher # 070521000082. . Signed by Judge W. Harold Albritton III on 6/6/07. (ws, ) (Entered: 06/15/2007) |

✎AO 245B ⁎ (Rev. 06/05) Judgment in a Criminal Case
     Sheet 1

# UNITED STATES DISTRICT COURT

|              MIDDLE              | District of |             ALABAMA             |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| **AMY LYNN REDD LOLLEY** | |

| | Case Number: | 1:06cr170-07-WHA |
|---|---|---|
| | USM Number: | 12001-002 |

Pate DeBardeleben
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)    1ss of the Second Superseding Indictment on January 4, 2007

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 21:846 and 21:841(a)(1) | Conspiracy to manufacture, possession with intent to distribute and distribution of methamphetamine | 5/31/06 | 1ss |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 17, 2007
Date of Imposition of Judgment

Signature of Judge

W. Harold Albritton, Senior United States District Judge
Name and Title of Judge

Date    4/17/07

AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:        AMY LYNN REDD LOLLEY
CASE NUMBER:      1:06cr170-07-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:

**24 months**. This sentence shall be served **concurrently** with any sentence that may be imposed in cases now pending in
Coffee County, Alabama.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X    before 2 p.m. on    **June 5, 2007**_____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
        Sheet 3 — Supervised Release

|  | Judgment—Page | 3 | of | 6 |

DEFENDANT:        AMY LYNN REDD LOLLEY
CASE NUMBER:    1:06cr170-07-WHA

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**five (5) years.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X**    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**X**    The defendant shall cooperate in the collection of DNA. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
`Sheet 3C — Supervised Release

Judgment—Page    4    of    6

DEFENDANT:        AMY LYNN REDD LOLLEY
CASE NUMBER:      1:06cr170-07-WHA

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether Defendant has reverted to the use of drugs.  Defendant shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

Defendant shall submit to a search of her person, residence, office or vehicle pursuant to the search policy of this court.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 5 | of | 6 |
|---|---|---|---|---|

DEFÉNDANT:  AMY LYNN REDD LOLLEY
CASE NUMBER: 1:06cr170-07-WHA

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $ -0- | $ -0- |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ 0 | $_____ 0 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐   the interest requirement is waived for the    ☐ fine   ☐ restitution.

  ☐   the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:    AMY LYNN REDD LOLLEY
CASE NUMBER:    1:06cr170-07-WHA

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    **X**    Lump sum payment of $ __100.00__ due immediately, balance due

      ☐ not later than _____ , or
      **X** in accordance    ☐ C,   ☐ D,   ☐ E, or   **X** F below; or

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    **X**    Special instructions regarding the payment of criminal monetary penalties:

      Payment shall be made to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, AL 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.