IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY LYNN REDD LOLLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv648-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

A review of the motion filed in this case on July 17, 2007, by the petitioner, Amy Lynn Redd Lolley (Doc. No. 1), reveals that Lolley fails to clearly identify the relief she seeks under 28 U.S.C. § 2255 or to specify the grounds for her asserted relief. Accordingly, it is

ORDERED that on or before August 10, 2007, Lolley shall file with this court a supplement to her § 2255 motion which clearly identifies the relief she seeks through her motion. The supplement filed by Lolley should also plainly state every ground on which she claims she is entitled to the relief sought and should set forth the specific facts that support her claims.

Done this 20th day of July, 2007.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE