Supplement to Form 28 U.S.C. 2255
AMY LYNN REDD LOLLEY
Petitioner
Vs.
UNITED STATES OF AMERICA
Respondent
Civil Action No. 1:07cv648-WHA

The relief I seek through my motion is that the "gun enhancement " charge be removed from my record which affects my sentence and does not allow me to receive the twelve months reduction in my sentence after I complete the drug rehab course.

I respectfully request this relief because I did not have any involvement with the guns even though they were found on the property which was owned by the Catretts and the guns belonged to the Catretts. I am presently enrolled and attending the Drug Rehab Course at the Alderson Federal Prison Camp. I have been drug free since April of 2006 and have passed all the urine tests for drugs while waiting for the trial and sentencing. The Assistant Federal District Attorney, Mrs. Anna Clark-Morris, spoke on my behalf at the sentencing hearing before Judge William Albritton commenting on how she was pleased to hear and know that I had passed all the drug tests and requested that Judge Albritton give me the lowest sentence available. I am no threat to anyone and through the help of God I am totally drug free and will never use any drug again. I was working a regular job, raising my twin daughters and doing good while waiting for all the court proceedings. I have the offers of two jobs waiting for me when I get out of Alderson FPC.

Respectfully submitted, (8-2-07)

*Amy Lynn Redd Lolley*
Amy Lynn Redd Lolley

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY LYNN REDD LOLLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv648-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

A review of the motion filed in this case on July 17, 2007, by the petitioner, Amy Lynn Redd Lolley (Doc. No. 1), reveals that Lolley fails to clearly identify the relief she seeks under 28 U.S.C. § 2255 or to specify the grounds for her asserted relief. Accordingly, it is

ORDERED that on or before August 10, 2007, Lolley shall file with this court a supplement to her § 2255 motion which clearly identifies the relief she seeks through her motion. The supplement filed by Lolley should also plainly state every ground on which she claims she is entitled to the relief sought and should set forth the specific facts that support her claims.

Done this 20th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Middle District of Alabama Southern Division** |
|---|---|
| Name (under which you were convicted): **Amy Lynn Redd Lolley** | Docket or Case No.: **1:06-CR-170-WHA** |
| Place of Confinement: **FPC Alderson, WV** | Prisoner No.: **12001-002** |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. | **Amy Lynn Redd Lolley** |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **United States District Court — Middle District of Alabama — Southern Division, One Court Square, Suite 201, Montgomery, AL.**

   (b) Criminal docket or case number (if you know): **445**

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: **April , 2007**

3. Length of sentence: **24 months**

4. Nature of crime (all counts): **Conspiracy to possess with the intent to distribute a controlled substance. The D.A. placed a "gun enhancement charge" against Amy + all involved because a gun was found on the property which belonged to the Catretts. This was done after this + during the pre-sentence investigation.**

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? **Conspiracy to possess. I was not asked to plead guilty or not guilty to the "gun charge", it was tacked on at the date of sentencing**

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐

Page 13

Therefore, movant asks that the Court grant the following relief: *Amy Lynn Redd Lolley is Not a threat, had No Association with the proposed guns on the property, there I request the "gun charge" be removed.*

or any other relief to which movant may be entitled. *This would allow me to receive the twelve month reduction in my sentence and get back home to my girls. I have been drug free since April, 2006.*

*P.S. I am to begin the Drug Rehab program here at Alderson FPC in July.*

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____

*Amy Lynn Redd Lolley*  7-14-07 (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. *N/A* _____

_____

_____

\* \* \* \* \*

First Assembly of God
1320 Highland Drive
Elba, Alabama 36323-1412
"Where Jesus Is Still Lord!"



CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE
ONE COURT SQUARE
MONTGOMERY, ALABAMA 36104



Not Cobie's Back