IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY LYNN REDD LOLLEY, | ) |
| | ) |
| Petitioner | ) |
| | )   CIVIL NO: 1:07CV648-WHA |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent | ) |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION PURSUANT TO 28 U.S.C. § 2255

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court for an extension of time to respond to the Petitioner's motion pursuant to 28 U.S.C. § 2255. In support of the above-referenced motion, the government submits the following:

1. On the 10th day of August, 2007, this Honorable Court ordered the United States to respond to the defendant's § 2255 motion within thirty days of the Court's Order. The Court further ordered that the "government shall attach to its response those portions of the trial record, including the plea agreement, guilty plea proceeding, and/or sentencing transcript, that are pertinent to a determination of the issues presented in this cause of action." The undersigned has spoken with court reporter Mitchell Reisner, who was the court reporter during the plea hearing. Mr.

Reisner told the undersigned that because the court reporters have been shorthanded, and because Mr. Reisner was out of the office recently for approximately four weeks following surgery, he is extremely behind in his work and requested 30 days to complete the plea transcript. Mr. Reisner further informed the undersigned that he would be having another surgery on September 10, 2007 and would be out of the office for at least another week.

    2. The undersigned cannot complete the government's response to the §2255 motion without the plea transcript.

    3. Accordingly, the United States requests an extension of at least thirty (30) days in which to respond to the defendant's § 2255 motion.

    Respectfully submitted this the 7th day of September, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark.morris@usdoj.gov
    ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY LYNN REDD LOLLEY, ) | |
| ) | |
| Petitioner ) | |
| ) | CIVIL NO: 1:07CV648-WHA |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Amy Lynn Redd Lolley, Prisoner No. 12001-002, FPC Alderson, Glen Ray Rd. Box A, Alderson, VW, 24910.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov
ASB-1613-N77A