```
              IN THE DISTRICT COURT OF THE UNITED STATES
                  FOR THE MIDDLE DISTRICT OF ALABAMA
                           SOUTHERN DIVISION


AMY LYNN REDD LOLLEY,              )
                                   )
     Petitioner                    )
                                   )     CIVIL NO: 1:07CV648-WHA
          v.                       )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
     Respondent                    )
```

## MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO MOTION PURSUANT TO 28 U.S.C. § 2255

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court for a second extension of time to respond to the Petitioner's motion pursuant to 28 U.S.C. § 2255. In support of the above-referenced motion, the Government submits the following:

1.   On the 10th day of August, 2007, this Honorable Court ordered the United States to respond to the defendant's § 2255 motion within thirty days of the Court's Order. The Court further ordered that the "government shall attach to its response those portions of the trial record, including the plea agreement, guilty plea proceeding, and/or sentencing transcript, that are pertinent to a determination of the issues presented in this cause of action." The undersigned spoke with court reporter Mitchell Reisner, who was the court reporter during the plea hearing. Mr.

Reisner told the undersigned that because the court reporters have been short handed, and because Mr. Reisner was out of the office recently for approximately four weeks following surgery, he is extremely behind in his work and requested 30 days to complete the plea transcript. Mr. Reisner further informed the undersigned that he would be having another surgery on September 10, 2007 and would be out of the office for at least another week.

    2. On the 10th day of September, 2007, this Honorable Court granted an extension of time within which the Government was to file its response to the petitioner's 2255 motion. In said order the Court stated that such response was to be filed on or before October 10, 2007.

    3. In the petitioner's motion, the petitioner asserts that the two-point gun enhancement should be removed from her record as to allow her to attend the drug program and receive the 12-month reduction in her sentence. (1:07-cv-648-WHA; Doc. 3). In petitioner's plea agreement, the petitioner waived "...the right to attack the sentence in any post-conviction proceeding. This waiver does not include the right to appeal on the grounds of ineffective assistance of counsel and prosecutorial misconduct." (1:06-cr-170-WHA; Doc. 313, p. 6). The petitioner is not attacking her sentence based on ineffective assistance of counsel, she is merely requesting that the two-point gun enhancement be removed.

    4. While the government is confident that during the plea colloquy the Court reviewed with the petitioner the waiver of the

right to attack the sentence in any post-conviction proceeding, the government must be able to prove such. In order to prove such, the government must have the transcript. According to Mitchell Riesner, he has been unable to complete the transcript due to some health problems as well as scheduling issues.

    5.    Accordingly, the United States requests a second extension of thirty (30) days in which to respond to the defendant's § 2255 motion.

    Respectfully submitted this the 9th day of October, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: clark.morris@usdoj.gov
    ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY LYNN REDD LOLLEY, ) | |
| ) | |
| Petitioner ) | |
| ) | CIVIL NO: 1:07CV648-WHA |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Amy Lynn Redd Lolley, Prisoner No. 12001-002, FPC Alderson, Glen Ray Road, Box A, Alderson, West Virginia, 24910.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov
ASB-1613-N77A