IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CIVIL ACTION NO. 1:07cv648-WHA |
| | | (Cr. No. 1:06cr170-WHA) |
| AMY LYNN REDD LOLLEY | ) | (WO) |

## **ORDER**

On March 10, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the 28 U.S.C. § 2255 motion filed by Lolley be and is hereby DENIED.

DONE this 3rd day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE