IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CIVIL ACTION NO. 1:07cv648-WHA |
| | | (Cr. No. 1:06cr170-WHA) |
| AMY LYNN REDD LOLLEY | ) | (WO) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the United States of America and against the Defendant, Amy Lynn Redd Lolley, and this case is DISMISSED.

DONE this 3rd day of April, 2008.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE